**Opinion issued May 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00298-CV

————————————

## IN RE AMERICAN GENERAL LIFE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND THE UNITED STATES LIFE INSURANCE COMPANY OF THE CITY OF NEW YORK, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, American General Life Insurance Company, American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and The United States Life Insurance Company of the City of New York, have filed a motion to withdraw their emergency motion to stay and petition for writ of

mandamus, stating that the petition is now moot.[1]  *See* TEX. R. APP. P. 42.1(a)(1). Real party in Interest Nomura Securities International, Inc., filed a response opposing the petition and motion, contending that they are now moot.  No opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we construe relators' motion as an unopposed motion to dismiss, grant it, and dismiss the petition.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.

---

[1]  The underlying case is *American General Life Insurance Company, et al. v. Schahin Petroleo E Gas S.A., et al.*, Cause No. 2017-19016, pending in the 333rd District Court of Harris County, Texas, the Honorable Daryl L. Moore presiding.